# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PONANI SUKUMAR,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>DIRECT FOCUS, INC., NAUTILUS INDUSTRIES, INC., NAUTILUS HPS, INC., NAUTILUS, INC., AND NAUTILUS FITNESS PRODUCTS, INC.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 00cv0304-LAB (AJB)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION**<br><br>[Dkt No. 219] |

Plaintiff applies *ex parte* for leave to file as a non-electronic document Exhibit E to the Declaration of Jose L. Patino, Esq. in support of plaintiff's Notice Of Remaining Defects. The court has confirmed defense counsel has no objection to the court receiving that Exhibit, a CD-ROM not convertible to electronic form. Accordingly, the motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: August 28, 2007

　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　　　───────────────────────
　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN Burns**
　　　　　　　　　　　　　　　　　　　　United States District Judge