# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PONANI SUKUMAR,<br><br>        Plaintiff,<br> vs.<br><br>DIRECT FOCUS, INC., NAUTILUS INDUSTRIES, INC., NAUTILUS HPS, INC., NAUTILUS, INC., AND NAUTILUS FITNESS PRODUCTS, INC.,<br><br>        Defendants. | CASE NO. 00cv0304-LAB (AJB)<br><br>**ORDER FOLLOWING HEARING RE APPOINTMENT OF SPECIAL MASTER** |

On September 10, 2007, the court convened the hearing, scheduled at the time of the Appeal Mandate hearing on June 4, 2007, to appoint a Special Master if allegations of material defects in the Nautilus machines forming the subject matter of this litigation remained at the conclusion of a new round of defects allegations and attempted remediation associated with this post-trial dispute. Dkt No. 208. Jose L. Patino, Esq. appeared on behalf of plaintiff. Robert W. Harrison, Esq. appeared on behalf of defendant. For the reasons recited on the record, the court overruled plaintiff's objections to the appointment of a Special Master and accepted the joint suggestion of the parties that Justice Howard B. Wiener be appointed to serve in that capacity. Within seven days of the entry of this Order, the parties shall jointly submit a [Proposed] Order Appointing Special Master, consistent with the dictates of FED. R. CIV. P. 53 and incorporating the ***December 10, 2007 at 11:30 a.m.*** hearing set for consideration of any Objections to the Special Master's Report and Recommendation. The court will modify the [Proposed] Order to establish a schedule for proceedings with the Special Master after the court has conferred with Justice Wiener.

 **IT IS SO ORDERED**.

DATED: September 11, 2007

                   *Larry A. Burns*
                   **HONORABLE LARRY ALAN BURNS**
                   United States District Judge