# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PONANI SUKUMAR,<br><br>                              Plaintiff,<br>vs.<br><br>DIRECT FOCUS, INC., NAUTILUS INDUSTRIES, INC., NAUTILUS HPS, INC., NAUTILUS, INC., AND NAUTILUS FITNESS PRODUCTS, INC.,<br><br>                              Defendants. | CASE NO. 00cv0304-LAB (AJB)<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION TO FILE DVD EXHIBITS**<br><br>[Dkt No. 233] |

Plaintiff applies *ex parte* for leave to file non-electronically an Exhibit comprised of three DVDs as part of the materials he has boh filed in the docket of this case and submitted to the Special Master appointed to prepare a Report and Recommendation ("R&R") addressing the parties' remaining disputes over allegations of material defects in the Nautilus equipment forming the subject matter of this litigation. Defendant has not objected to granting the Application. However, until the R&R is completed and submitted to the court, and unless and until a party files objections to the R&R, the court finds such an Exhibit need not be made part of the case file. Should a need arise for the court to review the DVDs in connection with its consideration of the R&R, leave is hereby granted to lodge that Exhibit in the chambers of the undersigned District Judge at the appropriate time. Accordingly, the Application is **DENIED** without prejudice.

   **IT IS SO ORDERED**.

DATED: November 6, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge