MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case:  Sukumar v. Direct Focus, Inc.                              Case No:  00cv0304-LAB (AJB)

HON. Larry A. Burns                CT. DEPUTY Tisha Washam                Rptr.

Present

Plaintiff(s):    Jose L. Patino, Esq.

Defendant(s):  Robert W. Harrison, Esq.

On November 9, 2007, counsel jointly contacted the court telephonically on behalf of themselves and the Special Master appointed to prepare a Report and Recommendation ("R&R") in this case to request a continuance to the end of January 2008 for submission of that report and a corresponding continuance of the associated objections period and hearing.  The court defers to the joint request. Accordingly, **IT IS HEREBY ORDERED**:  the R&R shall be filed by *January 28, 2008*; any objections or motion to adopt or modify the R&R shall be filed by *February 8, 2008*; any response to objections or motions shall be filed by *February 18, 2008*; and the hearing of any motion to adopt or modify the R&R and to address any objections to the R&R is continued to *March 3, 2008 at 11:30 a.m.*  No further extensions of time will be granted.

**IT IS SO ORDERED**.

DATED:  November 9, 2007

*Larry A. Burns* (signature)

**HONORABLE LARRY ALAN BURNS**
United States District Judge