# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PONANI SUKUMAR,<br><br>                                        Plaintiff,<br><br>        vs.<br><br>DIRECT FOCUS, INC., NAUTILUS<br>INDUSTRIES, INC., NAUTILUS HPS,<br>INC., NAUTILUS, INC., AND NAUTILUS<br>FITNESS PRODUCTS, INC.,<br><br>                                        Defendants. | CASE NO. 00cv0304-LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION<br>FOR CONTINUANCE OF DATES<br>ASSOCIATED WITH SPECIAL<br>MASTER PROCEEDINGS**<br><br>[Dkt No. 237] |

The parties jointly request a second continuance of all court deadlines associated with the Special Master proceedings in this matter. Despite the admonition in the prior Order continuing deadlines that no further extensions of time would be granted, for good cause shown, the Joint Motion is **GRANTED**, with the schedule modified as follows. The Special Master's Report And Recommendation ("R&R") shall be filed by *March 10, 2008.* Any Objections or Motions to adopt or modify the R&R shall be filed by *March 24, 2008.* Any response to Objections or Motions shall be filed by *April 7, 2008.* The hearing of any Motion to adopt or modify the R&R and to address any objections to the R&R is continued to *April 21, 2008 at 11:30 a.m.* The parties are instructed to request no further extensions of time.

        **IT IS SO ORDERED**.

DATED: January 3, 2008

**HONORABLE LARRY ALAN Burns**
United States District Judge.

00cv0304